UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEURY GARCIA ABREU,

                Plaintiff,

-against-

DAY & ROSS INC. and TEJBIR SINGH,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2025

24 Civ. 8137 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants filed a notice of removal in the above-captioned action on October 25, 2024. ECF No. 1. On February 24, 2025, the matter was reassigned to the undersigned.

    By **March 10, 2025**, Plaintiff shall inform the Court whether Plaintiff intends to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

    SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge