UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEURY GARCIA ABREU,

                Plaintiff,

-against-

DAY & ROSS INC. and TEJBIR SINGH,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2025_

24 Civ. 8137 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

    By **May 2, 2025**, the parties shall re-file their notice, consent, and reference of a civil action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the docket. The lefthand column must contain the name of each party **and** each party's attorney. The middle column must contain wet ink signatures.

    SO ORDERED.

Dated: April 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge