UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GEURY GARCIA ABREU,

                Plaintiffs,

    -against-                               24 Civ. No. 8137 (GS)

DAY & ROSS, INC., *et al.*,                      **ORDER**

                Defendants.
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        Pursuant to the Court's May 12, 2025 Scheduling Order, fact discovery in this case was to be completed by July 31, 2025, and expert discovery was to be completed by September 30, 2025. (Dkt. No. 20). The parties are therefore directed to provide a joint status update by no later than October 10, 2025, apprising the Court as to whether fact and expert discovery are complete and as to the parties' proposed next steps in this action.

        **SO ORDERED.**

DATED:    New York, New York
               October 3, 2025

                                                      _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge